**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Lanika D Collins<br><br>    Debtor(s) | Case No. 14 B 27050 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2014.

2) The plan was confirmed on 01/12/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 02/18/2015.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,173.90 |
| Less amount refunded to debtor | $564.50 |
| **NET RECEIPTS:** | **$1,609.40** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,246.57 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $62.83 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,309.40** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Ad Astra Rec | Unsecured | 879.00 | NA | NA | 0.00 | 0.00 |
| American Credit Acceptance | Secured | 5,500.00 | 5,766.60 | 5,766.60 | 300.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 582.00 | 346.73 | 346.73 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,944.00 | 1,720.23 | 1,720.23 | 0.00 | 0.00 |
| Associated Receivable | Unsecured | 1,846.00 | NA | NA | 0.00 | 0.00 |
| Blue Island Hospital Company | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| Chasmccarthy | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| Chicago Family Health Center | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| City of Calumet City | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 2,416.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,500.00 | 2,249.13 | 2,249.13 | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 8,591.00 | 866.74 | 8,661.74 | 0.00 | 0.00 |
| Credit Collections Svc | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 1,115.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| ECP Services | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 2.00 | 11,686.74 | 11,686.74 | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Essential Dental | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance, Inc | Unsecured | 1,208.00 | NA | NA | 0.00 | 0.00 |
| GC Services Limited Partnership | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| HRRG Collections | Unsecured | 747.00 | NA | NA | 0.00 | 0.00 |
| Imaging Assoc of Indiana | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Kids First Pediatrics | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| MBSI Solutions Inc | Unsecured | 531.00 | 531.00 | 531.00 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Metro South Medical Center | Unsecured | 0.00 | 250.00 | 250.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Monterey Financial Services | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN/980 | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 496.00 | 538.38 | 538.38 | 0.00 | 0.00 |
| Pathology Assoc of Chicago LTD | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| pathology consultants inc | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 704.00 | 703.69 | 703.69 | 0.00 | 0.00 |
| PLS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 40.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| Recovery One LLC | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| Region Recov | Unsecured | 2,838.00 | NA | NA | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 20.00 | 19.95 | 19.95 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 17,560.00 | 17,689.76 | 17,689.76 | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| WOW | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,766.60 | $300.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,766.60** | **$300.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$44,437.35** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,309.40 |
| Disbursements to Creditors | $300.00 |
| **TOTAL DISBURSEMENTS** : | **$1,609.40** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/29/2015                         By: /s/ Marilyn O. Marshall
                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**